RECEIVED
IN MONROE, LA

AUG 2 4 2007

ROBERT H. SHEWWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

**RUSSELL PRENELL**                              **CIVIL ACTION NO. 06-2333**

**VS.**                                          **SECTION P**

**WARDEN JOHN GUNTER, ET AL.**                   **JUDGE JAMES**

                                                 **MAGISTRATE JUDGE HAYES**

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge

previously filed herein,  determining that the findings are correct under the applicable law,  and

noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights action be **DISMISSED WITH**

**PREJUDICE** as frivolous  in accordance with the provisions of 28 U.S.C. §§ 1915(e)(2)(B) and

1915A(b)(1) and (2).

**THUS DONE AND SIGNED,** in chambers, in Monroe,  Louisiana, on this _24_ day

of _____August_____ , 2007.

_____
**ROBERT G. JAMES**
**UNITED STATES DISTRICT JUDGE**